# **EXHIBIT 1**

# INVOICE

U.S. Legal Support/Gramann Reporting - Wisconsin
740 N. Plankinton
Suite 400
Milwaukee WI  53203
Phone:414-272-7878   Fax:414-272-1806

Ms. Carrie Vance
U.S. Equal Employment Opportunity Comission (EEOC)
310 West Wisconsin Ave
Suite 500W
Milwaukee WI  53203

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110156954 | 6/19/2018 | 693950 |
| Job Date | Case No. | |
| 6/1/2018 | | |

| Case Name |
|---|
| Examination (not under oath) |

| Payment Terms |
|---|
| Due upon receipt |

VIDEOTELECONFERENCE
    Examination (not under oath) - VTC
        VideoConference      2.00   @   185.00     370.00
        VideoConference      2.00   @   185.00     370.00

**TOTAL DUE >>>**     **$740.00**

P.O. No: 45 FPCHI 1811423

This invoice is for the use of two videoconference rooms in the Milwaukee location.

Online bill pay available at www.uslegalsupport.com

**Tax ID:** 76-0523238     Phone: 414-297-1867    Fax:414-297-3146

*Please detach bottom portion and return with payment.*

Ms. Carrie Vance
U.S. Equal Employment Opportunity Comission (EEOC)
310 West Wisconsin Ave
Suite 500W
Milwaukee WI  53203

Invoice No.  :  110156954
Invoice Date :  6/19/2018
**Total Due   :  $740.00**

**Remit To:**    **U.S. Legal Support (Chicago, Il Reporting)**
                **P.O. Box 4772-11**
                **Houston TX  77210-4772**

Job No.   :  693950
BU ID     :  52-Wisc
Case No.  :
Case Name :  Examination (not under oath)