# **EXHIBIT 1**

To: Bonnie Popp - bspopp.s01449[                    ]
Cc: Kent Abitz - KRABITZ.s01449[                    ]
From: Lee Spude
Sent: Fri 7/17/2015 9:30:17 PM
Subject: FW: Marlo Spaeth

fyi

**Lee Spude Market Human Resources Manager 439/440**
Phone:          Fax:          Cell:

Walmart Stores, Inc.
2292 Main Street
Green Bay, WI 54311
**Walmart** ※ **Save Money. Live Better.**

---

**From:** Lee Spude
**Sent:** Friday, July 17, 2015 4:30 PM
**To:** Robin Castro - rscastr.s01449
**Subject:** RE: Marlo Spaeth

1. Call the legal hotline and put them on notice of the "theat"
2. Do not have any further discussion with Marlo's relatives. Simply apologize and explain to them that she is not a minor and therefore we need to have a discussion with her directly. If she wants to utilize the open door, she certainly can do so.

If you have further questions, feel free to call.

Thanks

**Lee Spude Market Human Resources Manager 439/440**
Phone:          Fax:          Cell:

Walmart Stores, Inc.
2292 Main Street
Green Bay, WI 54311
**Walmart** ※ **Save Money. Live Better.**

---

**From:** Robin Castro - rscastr.s01449
**Sent:** Thursday, July 16, 2015 4:03 PM
**To:** Lee Spude
**Subject:** Marlo Spaeth

Please call Bonnie and I in the morning.
We terminated Marlo last week for attendance. Marlo's sister, Amy Jo and her mom, Sandra to ask us to give Marlo her job back. Amy Jo and Sandra feel that she was picked on by ASM Julie and according to the ADA act we should have changed Marlo's schedule when Marlo asked. We explained that we worked with Marlo for quite awhile and that I sat in on several conversations and that I felt should understood. She also stated that we should have let them know what was going on. I explained that we don't due to hippa. She also stated that if we don't give Marlo her job back that they would take further action.

**Robin Castro Shift Manager**
Phone              Fax

Walmart Stores, Inc.
4115 Calumet Drive
Manitowoc, WI 54220
**Save money. Live better.**