# **EXHIBIT 9**

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

                  Case No. 1:17-CV-70

    -vs-

WAL-MART STORES EAST, LP,

        Defendant.

---

DEPOSITION OF LEE D. SPUDE
(Personal Deposition)
November 14, 2018
2:03 p.m. to 4:19 p.m.
201 Main Street
Green Bay, Wisconsin


APPEARANCES:

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, by CARRIE VANCE and LESLIE N. CARTER, Attorneys at Law, 310 West Wisconsin Avenue, Suite 500, Milwaukee, Wisconsin 53203, appearing on behalf of the plaintiff.

MWH LAW GROUP, LLP, by EMERY K. HARLAN, Attorney at Law, 735 North Water Street, Suite 610, Milwaukee, Wisconsin 53202, appearing on behalf of the defendant.

**Page 2**

```
                    INDEX TO EXAMINATIONS

Witness:                                              Page:

   Lee D. Spude
       Examination by Ms. Vance..................... 3


                INDEX TO NEWLY MARKED EXHIBITS

Exhibit                                               Page
  No.              Description                        ID'd

                        (None marked.)


              INDEX TO PREVIOUSLY MARKED EXHIBITS

Exhibit                                               Page
  No.              Description                        ID'd

Exh. 65    Case Details, D001014 through D001019       43

Exh. 66    E-mail chain and other documents, D001020   51
           through D001061

Exh. 69    Individual Statement of Fact, D001081       53
           through D001090

           (Copies of previously marked exhibits
           attached to original and copies of
           transcripts.)


                     REQUESTED INFORMATION

Description:                                          Page:

                       (None requested)
```

**Page 3**

1  (November 14, 2018, 2:03 p.m.)
2                  LEE D. SPUDE,
3  being first duly sworn on oath to tell the truth, the
4  whole truth, and nothing but the truth, testifies as
5  follows:
6  EXAMINATION BY MS. VANCE:
7  Q  Good afternoon, Mr. Spude. Would you please state your
8     full name for the record.
9  A  Lee David Spude.
10 Q  What is your title professionally at your job?
11 A  Market human resource manager, commonly referred to as
12    MHRM.
13 Q  Is there a number assigned to the market that you are
14    the market human resources manager to?
15 A  Currently?
16 Q  Yes.
17 A  I'm the market human resource manager for 440 and 436,
18    which I'm in transition currently.
19 Q  Is the Manitowoc Walmart store part of a different
20    market than the markets you just testified about?
21 A  No, it is not. Manitowoc is part of market 440.
22 Q  All right. And is the position you currently hold the
23    same position you held in 2014 and 2015?
24 A  Same position, yes. Slightly different territory, but
25    same position and responsibilities.

**Page 4**

1  Q  Am I right that the Manitowoc Walmart store was within
2     your scope of management in 2014 and 2015?
3  A  Yes, I was in role at the very end of 2014. So when
4     you asked me if I was in scope in 2014 and '15, it
5     would have been as long as I held the position, which
6     was very late in 2014 and then through 2015.
7  Q  And is that the same position you are currently in?
8  A  Yes.
9  Q  I'd like to ask a few questions to establish a little
10    bit of--
11 A  Sure.
12 Q  --your employment background. When did you first
13    become an employee of Wal-Mart?
14 A  I first became employed at Wal-Mart September 11th of
15    2010.
16 Q  What was your position with Wal-Mart, please?
17 A  Assistant store manager in store 2127 in Wausau,
18    Wisconsin.
19 Q  What was the title of your next position with Wal-Mart?
20 A  Assistant store manager of store 1316 in Sturgeon Bay,
21    Wisconsin.
22 Q  What year did you move to the Sturgeon Bay position?
23 A  It was in 2011. I forget the exact month, but it would
24    be the year 2011.
25 Q  What is the title of the next position you held with

**Page 5**

1     Wal-Mart?
2  A  Co-manager in store 2958 in Appleton, also referred to
3     as Darboy, Wisconsin.
4  Q  What is the year that you became co-manager in the
5     Appleton store?
6  A  I believe it was 2013.
7  Q  What was the-- Excuse me. What is the title of the
8     next position you held with Wal-Mart?
9  A  Store manager in Waukesha. I forget the store number,
10    but it was in Waukesha, Wisconsin.
11 Q  Was that a Super Walmart?
12 A  No, it was a Neighborhood Market.
13 Q  Do you remember the street-- Do you remember the name
14    of the street the Neighborhood Market in Waukesha was
15    on?
16 A  I do not.
17 Q  What year did you become store manager at the
18    Neighborhood Market in Waukesha?
19 A  2013, I believe it was.
20 Q  Am I right that you served as co-manager in the
21    Appleton store for less than a full year?
22 A  That's correct.
23 Q  What is the title of the next position you held with
24    Wal-Mart?
25 A  Market human resource manager for market 440.