# EXHIBIT 32

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF WISCONSIN
 3    -------------------------------------------------------
 4    EQUAL EMPLOYMENT OPPORTUNITY
      COMMISSION,
 5
 6                  Plaintiff,
 7                                      Case No. 1:17-CV-00070
         -vs-
 8
 9    WAL-MART STORES EAST, L.P.,
10                  Defendant.
11    -------------------------------------------------------
12
13
14                 Video Examination of BARBARA BARNES,
15    taken at the instance of the Defendant, under and
16    pursuant to the Federal Rules of Civil Procedure, before
17    KARA D. SHAWHAN, a Certified Realtime Reporter,
18    Registered Merit Reporter and Notary Public in and for
19    the State of Wisconsin, at Holiday Inn, 4601 Calumet
20    Avenue, Manitowoc, Wisconsin, on September 25, 2018,
21    commencing at 7:56 a.m. and concluding at 10:57 a.m.
22
23
24
25
```

Page 2

```
 1                  A P P E A R A N C E S
 2    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, by
      MS. LESLIE N. CARTER,
 3    MS. CARRIE VANCE,
      310 West Wisconsin Avenue,
 4    Milwaukee, Wisconsin 53203,
      (414)297-1130,
 5    leslie.carter@eeoc.gov,
      carrie.vance@eeoc.gov,
 6    appeared on behalf of the Plaintiff.
 7    MWH LAW GROUP, LLC, by
      MR. EMERY HARLAN,
 8    735 North Water Street,
      Milwaukee, Wisconsin 53202,
 9    (414)436-0353,
      emery.harlan@mwhlawgroup.com,
10    appeared on behalf of the Defendant.
11
                  A L S O   P R E S E N T
12
      Mr. Doug vanderHoof, Videographer;
13    Ms. Amy Stevenson.
14
                      * * * * *
15                    I N D E X
16
      Examination:                                    Page
17
      By Mr. Harlan....................................... 4
18    By Ms. Carter....................................... 98
      By Mr. Harlan....................................... 99
19
20    Exhibit Identified:      (None)
21
22
23
24
25
```

Page 3

```
 1    TRANSCRIPT OF PROCEEDINGS
 2       THE VIDEOGRAPHER: We're now on the
 3    record.  My name is Doug vanderHoof.  I'm the
 4    videographer for Lexitas.  This is a video
 5    deposition for the U.S. District Court for the
 6    Eastern District of Wisconsin, Green Bay Division.
 7       Today's date is September 25, 2018, and
 8    the time on the video screen is 7:57.  We're at the
 9    Manitowoc Holiday Inn for a matter in the EEOC
10    versus Wal-Mart, Case Number 1:17-cv-00070.  The
11    deponent is Barbara Barnes.
12       Will counsel please identify themselves
13    and say who you're here to represent, please.
14       MR. HARLAN: Emery Harlan on behalf of
15    Defendant Wal-Mart.
16       MS. CARTER: I'm Leslie Carter on behalf
17    of the Equal Employment Opportunity Commission.
18       THE VIDEOGRAPHER: Thank you.  And the
19    court reporter is Kara Shawhan.  Will you please
20    swear the witness.
21       BARBARA BARNES, called as a witness
22    herein, having been first duly sworn on oath, was
23    examined and testified as follows:
24       MR. HARLAN: Okay.  And just for the
25    record, Joann Stevenson is also here present for
```

Page 4

```
 1    the deposition.
 2       Just a preliminary matter.  We had talked
 3    about making sure we get e-mails or documents that
 4    we had put in that subpoena.  Do we have anything?
 5       MS. CARTER: No.
 6       MR. HARLAN: Okay.  So you don't have any
 7    things to produce at the deposition?
 8       MS. CARTER: No.
 9       MS. VANCE: Correct.
10       MR. HARLAN: Okay.
11       MS. VANCE: And it's Amy Jo.
12       MR. HARLAN: Oh.  Did I say Joann?  I'm
13    sorry.  Amy Jo.  It's been a long day already.
14       EXAMINATION
15       BY MR. HARLAN:
16    Q.  So good morning, Ms. Barnes.  How are you?
17    A.  Good.
18    Q.  Did you get a good night's sleep?
19    A.  Yeah.
20    Q.  Are you excited to be here today?  Not really, huh?
21    A.  Not really.  No.
22    Q.  I'm going to try to make it as painless as
23     possible.  I mean, I don't think you have a huge
24     role in this, but part of my job in representing
25     Wal-Mart is just to talk to you today and see what
```

Case 1:17-cv-00070-WCG   Filed 06/17/19   Page 2 of 5   Document 106-32

Page 5

1 information you have, and it's perfectly fine for
2 you to say, you know, you don't know something if
3 you don't know anything.
4 A.  Right.
5 Q.  All right?  So you never worked at Wal-Mart.  Did
6 you?
7 A.  No.
8 Q.  So I suspect you won't necessarily know a lot of
9 the details about policies and that sort of thing.
10 And if that's the case, then it's perfectly
11 acceptable for you to say that.  Okay?
12 A.  Okay.
13 Q.  So at the start, the reporter administered the oath
14 to you, and do you understand that in response to
15 the questions I'm going to ask you, your obligation
16 is to tell the truth?
17 A.  (Witness nods head.)
18 Q.  You understand that?
19 A.  Yes.
20 Q.  Okay.  And just to kind of give you some ground
21 rules, even though you are on video, we're typing
22 down what you say.  So if you could try to say
23 "yes" or "no" or give verbal responses as opposed
24 to nodding your head or going "um-hum."  Is that
25 fair?

Page 6

1 A.  That's fair.
2 Q.  Okay.  All right.  I'm going to do everything in my
3 power to be respectful and courteous to you
4 throughout the deposition.  If you think I have
5 conducted myself in an improper manner, I want you
6 to make that known to me, and I will try to adjust
7 how I address you in the deposition.  Is that okay?
8 A.  Yes.
9 Q.  Okay.  Do you have any questions for me?
10 A.  No.
11 Q.  Okay.  If you need to take a break, let us know.
12 We're going to have to take breaks anyway because
13 we'll get to a point where the DVD will need to be
14 changed, and so we'll have some natural breaks, but
15 even if we don't get to a point where we have to
16 change the disk, just let us know, and we'll take a
17 break.  Okay?
18 A.  Okay.
19 Q.  All right.  So why don't we just kind of talk about
20 who you are.  You grew up in Manitowoc?
21 A.  Yes, I did.
22 Q.  Your whole life?
23 A.  Yeah.
24 Q.  You never lived anywhere else?
25 A.  No.

Page 7

1 Q.  Okay.  You like Manitowoc?
2 A.  I love Manitowoc.
3 Q.  You love Manitowoc.
4 A.  Yeah.
5 Q.  What are some of the things you like about
6 Manitowoc?
7 A.  Well, the restaurants.  Eating -- You know, eating
8 out, the bowling alley, going bowling.  Doing
9 shopping and that, going grocery shopping and doing
10 -- just doing things around Manitowoc and that, you
11 know.
12 Q.  And given that you grew up here your whole life, I
13 take it you know a lot of people in Manitowoc?
14 A.  I know most of them, yeah.
15 Q.  Okay.  You know which ones to stay away from.  So
16 you mentioned some restaurants.  What are some of
17 the restaurants that you like here in Manitowoc?
18 A.  Perkins.
19 Q.  That's right over here.  Right?
20 A.  Yeah.  Culver's.  McDonald's, Applebee's.  Subway.
21 Q.  Subway?
22 A.  Yeah.
23 Q.  Okay.  Do you go to the -- There's a Subway in
24 Wal-Mart.
25 A.  Yeah.  We go eat there sometimes.  We eat there.

Page 8

1 Q.  Okay.
2 A.  And Dairy Queen.
3 Q.  DQ.
4 A.  Yeah.
5 Q.  Okay.
6 A.  Sometimes we just eat at home sometimes.
7 Q.  Okay.
8 A.  We just get something from Piggly Wiggly, and we
9 take it home and eat it at home.
10 Q.  Okay.  So where do you live right now?
11 A.  On North 8th Street over near -- not by Parkview
12 Haven but on the other side where the fire station
13 is, a big brick building behind the dentist's
14 office there, and we live there.
15 Q.  Okay.  It's an apartment building?
16 A.  Yeah.
17 Q.  And when you say "we," I take it it's you and
18 Marlo?
19 A.  Yeah.  Marlo and I share an apartment.
20 Q.  Okay.  And who is the neater of the two, you or
21 Marlo?
22 A.  We both help each other out.
23 Q.  Okay.  So you're both equally neat?
24 A.  Yeah.  We both do the cooking and that.
25 Q.  Okay.

Case 1:17-cv-00070-WCG   Filed 06/17/19   Page 3 of 5   Document 106-32

Page 37

1  A.  Yeah.
2  Q.  Did she like your biological mother?  Did she get
3  along with your biological mother?
4  A.  Yeah.
5  Q.  Did your mother passing away affect Marlo in any
6  way from what you could see?  Was she sad?
7  A.  I couldn't tell.
8  Q.  Did she go to the funeral?
9  A.  I don't even remember.
10  Q.  Okay.  And how about when your dad passed away?
11  Was your dad someone that Marlo was close to?
12  A.  Yes.
13  Q.  Did they do things together before he died?
14  A.  Yeah.  We went to Las Vegas together.
15  Q.  And do things around Manitowoc together?
16  A.  Yeah.  We went to their house and watched the
17  Packer games and that.
18  Q.  And am I correct that prior to his death, Marlo was
19  living in his house?
20  A.  Marlo was living with me at the time.
21  Q.  Okay.  Did she ever live with him?
22  A.  At the time when he died she was living with me at
23  the time.
24  Q.  But at some point when he was married to Marlo's
25  biological mother, am I correct that Marlo lived in

Page 38

1  their house?
2  A.  She lived with them for a while before she -- they
3  found the apartment with me then.
4  Q.  And so when your biological father passed away,
5  that was in 2014?
6  A.  Yes.
7  Q.  Did that make Marlo sad?
8  A.  Yes.
9  Q.  Did you see her cry?
10  A.  Yes.
11  Q.  Okay.  And I take it you remember when Marlo's
12  biological mother passed away.
13  A.  Yes.
14  Q.  And that also made Marlo sad.
15  A.  Yes.
16  Q.  Did you see her cry?
17  A.  Yes.
18  Q.  Do you hear her from time to time talk about her
19  mother and missing her mother?
20  A.  Yes.
21  Q.  To this day?
22  A.  Yes.
23  Q.  And the same thing about your father.  You hear her
24  from time to time mention missing your father?
25  A.  Yes.

Page 39

1  Q.  When you worked at Taco Bell, how would you get to
2  work?
3  A.  I took the bus.
4  Q.  Did you and Marlo take the bus together?
5  A.  No.  I took the bus -- I took -- I went in earlier.
6  Q.  Okay.  Was it the same bus route?  If you know.
7  A.  Yes.
8  Q.  Okay.  And did you have to transfer buses to get to
9  your job?
10  A.  No.
11  Q.  How long was it from door to door?  Like how long
12  did it take you to get from your apartment to Taco
13  Bell?
14  A.  Let's see.  If I took the bus before -- caught the
15  bus at quarter to nine, I would be -- Like quarter
16  after nine or nine, I'd be over there by that time.
17  I'd be over there -- By 9:15, I'd be over to Taco
18  Bell by that time.
19  Q.  Do you know how long it would take for Marlo, say
20  within the last several years of the time she
21  worked at Wal-Mart, how long it would take for her
22  to get from her apartment to Wal-Mart where she
23  worked?
24  A.  Well, about the same time.  So -- Say she started
25  at -- If she would have started at noon, she would

Page 40

1  have to leave -- She'd leave like sometimes after
2  10, like 20 after 10 she'd catch the bus from my
3  apartment, and then she'd head over to Wal-Mart.
4  She'd get there by after -- It would be after 11 or
5  so.
6  Q.  And to catch the bus, how far was the stop for
7  Marlo from your apartment?
8  A.  Right across the street.
9  Q.  Okay.  And is that also the place where she would
10  get dropped off coming home?
11  A.  Yes.
12  Q.  And I assume taking the bus was the way Marlo got
13  to work?
14  A.  Yes.
15  Q.  Did she ever get to work any other kind of way?
16  A.  No.  Just taking the bus.
17  Q.  Did she ever have any concerns or express any
18  concerns to you about taking the bus to work?
19  A.  No.
20  Q.  Even in the wintertime?
21  A.  She didn't like going outside when it was icy out
22  or something, but she would take her time walking
23  out there.
24  Q.  Are you familiar with something called the Wellness
25  Center?

Case 1:17-cv-00070-WCG   Filed 06/17/19   Page 4 of 5   Document 106-32

Page 53

1 A. I don't remember if I talked to her about it or
2 not.
3 Q. Okay. So with respect to schedules, did Marlo come
4 home with a schedule?
5 MS. CARTER: On -- Can you narrow the
6 time frame?
7 BY MR. HARLAN:
8 Q. At any point do you recall Marlo coming home with a
9 work schedule that set forth the shift that she was
10 supposed to be working?
11 A. I don't know. I don't think I ever saw her with a
12 schedule. If she had a schedule, she didn't show
13 -- she didn't -- she never showed me what it was.
14 Q. So she didn't come home with a schedule and put it
15 on the refrigerator or anything like that.
16 A. No.
17 Q. So tell me to the extent you can remember how you
18 found out that her schedule had changed from 12 to
19 4 to something else.
20 A. She had told me when she came home.
21 Q. And tell me to the best of your recollection what
22 she said.
23 A. They wanted her to stay long -- later. She wanted
24 to leave at 4 so she could catch the bus, and Karen
25 had told her that she could leave, and Robin and

Page 54

1 Debbie told her she had to stay later because they
2 thought she didn't have all her work done, and she
3 said she had nothing else to do at the time. She
4 was just standing around and doing nothing, and
5 Karen had told her to leave, and she said the other
6 two told her she had to stay there.
7 Q. So it sounds like what you're recounting is a
8 particular day. They didn't certainly tell her
9 that every day. Did they? Was this a one-time
10 situation?
11 A. This is once her hours got changed. This was like
12 -- I don't even remember what hours she worked --
13 what days of the week she worked.
14 Q. I understand. But I'm just asking you to clarify.
15 You said that Marlo told you that Karen said she
16 could leave, and Robin and Debbie said she needed
17 to stay. Was that a one-time --
18 A. No. This was every day, like.
19 Q. So your recollection is that Marlo told you
20 -- Strike that. Once her schedule changed, your
21 recollection is that Marlo would come home and tell
22 you each day that Karen said she could leave early,
23 but Robin and Debbie said she needed to stay.
24 A. Yeah. They wanted her to stay longer. She wanted
25 to get home earlier because of the bus.

Page 55

1 Q. Do you recall when she first came home and told you
2 this?
3 A. No, I don't.
4 Q. Was it several years before she left Wal-Mart?
5 A. This was before she left Wal-Mart. Yeah.
6 Q. Was it several years before she left Wal-Mart?
7 A. This was just before she left Wal-Mart.
8 Q. Okay. And when she would come home every day
9 during this period and tell you that Karen said she
10 could leave early but Robin and Debbie said she
11 needed to stay, what did you say, if anything, in
12 response?
13 A. I don't even remember what I said that --
14 Q. What did you think about what she had told you?
15 A. She was upset that they changed her hours, but --
16 Q. And what did you think about the fact that they
17 changed her hours?
18 A. Well, I wasn't happy.
19 Q. And why were you not happy?
20 A. Because I was the one that was making the supper
21 that night.
22 Q. You said "that night."
23 A. I made supper mostly every night when she was
24 working. When she came home late, I'd have to wait
25 a while to make supper so I wouldn't get -- so it

Page 56

1 wouldn't get burned on the stove or something
2 before she got home. Some nights she would be home
3 after 6 when she first got home, and she would be
4 home at a -- I would say, "Why are you late?" And
5 she would say, "Oh, they made me work late again."
6 She said, "Debbie and Julie -- Debbie and Robin
7 told me I couldn't go home until I got my stuff
8 done." And she said Karen told her she could
9 leave, and the other two wanted her to stay later
10 because they thought she needed to get her stuff at
11 work done.
12 Q. And I think you testified you were upset because if
13 -- her working later impacted when dinner would be
14 done.
15 A. Yes.
16 Q. And did you share that with Marlo -- that you
17 didn't like the fact that she was having to work
18 late?
19 A. I talked to her about it.
20 Q. Tell me what you recall saying to her about that
21 subject.
22 A. I said, "Why are you home late?" And she said --
23 She would get upset. She said -- She'd say, "Well,
24 Debbie and -- Karen told me I could go home and
25 there was nothing to do." She was -- got all her

Case 1:17-cv-00070-WCG Filed 06/17/19 Page 5 of 5 Document 106-32