UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

    Plaintiff,

    v.     Case No. 17-C-70

WAL-MART STORES EAST LP,

    Defendant.

## PRETRIAL ORDER

### Final Pretrial Conference

1. The final pretrial conference will be held on **February 26, 2021 at 1:30 p.m.** and attorneys for all parties are required to appear in person. Parties represented by counsel need not appear but should be available by telephone.

2. Unless otherwise ordered, each party shall prepare and file a pretrial report in accordance with Civil L.R. 16(c).

3. In addition to e-filing their pretrial report, if the case is scheduled for a jury trial, counsel must submit a copy of their proposed voir dire questions, proposed jury instructions, and proposed verdict form in Word or WordPerfect format to the proposed order e-mail box at GriesbachPO@wied.uscourts.gov. If the case is scheduled for a bench trial, counsel must submit a copy of their proposed findings of fact and conclusions of law.

4. All motions in limine are to be served and filed 10 days prior to the date set for the final pretrial conference, with responses served and filed 3 days prior to the final pretrial conference.

## Trial

5.  A jury will be held **on March 22, 2021 at 8:30 a.m.** at 125 S. Jefferson Street, Green Bay, WI 54301, in Room 201.

6.  On or prior to the first day of trial, counsel must provide opposing counsel with a complete copy of all exhibits to be presented at trial. Counsel must also provide an original set of exhibits for the witness(es), one copy of the exhibits for the court, and one copy of the exhibits for the clerk. Where practicable, exhibits should be placed in binders with an exhibit tab delineating each exhibit.

7.  One business day prior to the commencement of the trial, exhibit list(s) are to be e-mailed to wied_clerks_gb@wied.uscourts.gov in fill-able format. All exhibit lists are to be prepared using the Exhibit and Witness List form located on the court's website, wied.uscourts.gov, in the Forms Repository. The parties may prepare either joint or separate exhibit lists.

8.  Documents identified as exhibits must be marked before trial and must be numbered sequentially, with only one exhibit number assigned to each document or physical object throughout the course of the trial. Exhibit numbers 1–999 are reserved for plaintiff; Exhibit numbers 1000–1999 are reserved for defendant; successive blocks of numbers are reserved for any additional parties starting with 2000–2999.

SO ORDERED on July 22, 2020.

s/ William C. Griesbach
WILLIAM C. GRIESBACH
United States District Judge