# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

Plaintiff(s),

v.

**AT&T TELEPHONE CONFERENCE re: [170]
MOTION TO ADJOURN**
Case No. 17-CV-70

**WAL-MART STORES EAST, LP,**

Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding      Time Called: <u>11:01 am</u>
Proceeding Held: January 26, 2021      Time Concluded: <u>11:09 am</u>
Deputy Clerk: Lori      Tape: <u>012621</u>

**<u>Appearances:</u>**

    **Plaintiff(s):**      Justin Mulaire, Leslie Carter, Richard Mrizek, and Carrie Vance

    **Defendant(s):**      George Burnett and Warren Buliox

---

Ms. Vance informs the Court that opposing counsel took no position on the pending [170] motion to adjourn.
Mr. Buliox stated that was correct.
Ms. Vance requests to reschedule for June referencing anticipated availability of vaccine at that time. Counsel anticipates a four-day trial.
Ms. Vance informs the Court that her client is more vulnerable for increased risk of complications (severe disease) if infected with COVID-19.

The Court advises the parties it may be possible to have vulnerable parties appear by video if necessary. Counsel will need to notify the Court if that is going to be requested.

The final pretrial and jury trial dates are VACATED.
Final Pretrial Conference is rescheduled for 6/18/2021 at 1:30 pm.
Jury Trial is rescheduled for 7/12/2021 at 8:30 am.