# **EXHIBIT A**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

            Plaintiff,

            CASE NO. 1:17-CV-70

v.

**WAL-MART STORES EAST, LP,**

            Defendant.

**PLAINTIFF EEOC'S WITNESS LIST PURSUANT TO RULE 26(a)(3)**

1. Plaintiff, Equal Employment Opportunity Commission (EEOC) expects to present testimony from the following people:

   Amy Jo Stevenson
       N2660 Hayton Road, P.O. Box 183
       New Holstein, WI 53061
       (920) 464-0831

   Custodian of Records for Walmart Stores East, LP
       Walmart Store
       4115 Calumet Ave
       Manitowoc, WI 54220

   Walmart's 30(b)(6) Deponent, November 14, 2018 and April 5, 2019 (by deposition)

   Julia Stern (by deposition and/or live)
       2814 11th Street
       Two Rivers, WI 54241
       (920) 793-4784

   Karen Becker (by deposition and/or live)
       7115 State Highway 67
       Kiel, WI 53042
       (920) 286-3433

Bonnie Popp (by deposition and/or live)
    W740 County Road JJ
    Brillion WI  54110
    (920) 588-0206

Denise Morgan (by deposition and/or live)
    13376 Kodiak Road
    Neosho, MO 64850-6826
    (479) 586-1950

Robin Castro (by deposition and/or live)
    2356 South 18th Street
    Manitowoc, WI  54220
    (920) 645-3074

David Smith, M.D.
    Children's Hospital of Wisconsin
    9000 W. Wisconsin Avenue
    PO Box 1997, MSB140
    Milwaukee, WI 53201-1997
    (414) 719-8632

Lee Spude (by deposition and/or live)
    1835 County Road C.
    Brussels, WI  54204
    (920) 493-03735

2. The EEOC may present testimony from the following people if the need arises:

Kent Abitz (by deposition and/or live)
    513 Jefferson Circle
    Howards Grove, WI   53083
    (920) 960-1761

Marlo Spaeth
    1419 N. 8th Street
    Manitowoc, WI 53061
    (920) 464-0831

Debbie Moss (by deposition and/or live)
    1320 Marshall Street
    Manitowoc, WI  54220
    (920) 901-5069

3. The EEOC reserves the right to call the following witnesses:

Any witness necessary to lay foundation for the admission of an exhibit;

Any witness identified, listed, or called by Defendants;

Any rebuttal witnesses; and

Any witness necessary for impeachment purposes.

As the Court and Walmart are aware, there are a number of motions in limine pending disposition by the Court. The Court's ruling on those motions in limine will affect the EEOC's decisions as to evidence and testimony that will be necessary or unnecessary to plaintiff's case. Accordingly, the EEOC respectfully reserves all rights to which it is entitled to amend the foregoing witness list by either supplementing it or removing listed witnesses as a function of the Court's ruling once such ruling has been issued.

Dated: June 11, 2021.

**EQUAL EMPLOMENT OPPORTUNITY COMMISSION**

Counsel for Plaintiff

*/s/ Justin Mulaire*
Justin Mulaire
Supervisory Trial Attorney
EEOC Chicago District Office
230 S Dearborn St., Suite 2920
Chicago, IL 60604
Telephone: (312) 872-9666
Facsimile: (312) 588-1260
justin.mulaire@eeoc.gov


*/s/ Carrie Vance*
Carrie Vance
Trial Attorney

/s/ *Leslie N. Carter*
Leslie N. Carter
Trial Attorney

310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
☎ (414) 662-3686
📠 (414) 297-3146
justin.mulaire@eeoc.gov
carrie.vance@eeoc.gov
leslie.carter@eeoc.gov