# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

        Plaintiff,

v.

**CASE NO. 1:17-CV-70**

**WAL-MART STORES EAST, LP,**

        Defendant.

**PLAINTIFF EEOC'S DEPOSITION DESIGNATIONS**

Pursuant to Federal Rule of Civil Procedure 2(a)(3)(A)(ii) and the Civil Local Rule 16(c)(F), the Equal Employment Opportunity Commission ("EEOC") submits its Deposition Designations.

**Robin Castro**
- 5:11-13
- 13:8-12
- 27:9-12
- 30:2-4
- 30:7-19
- 35:8-18
- 57:25 – 58:3
- 64:3-13
- 65:1-21
- 66:1-6
- 67:1-9
- 91:2-15
- 91:18-21
- 106:21-24
- 113:2-4
- 113:7 – 114:1
- 114:9-11
- 115:6-16
- 138:25 – 139:6
- 139:9 – 140:1
- 140:17 – 141:3

149:15 – 150:18
    152:18 – 22
    153:20 – 154:19

**Denise Morgan**
    3:8-10
    16:1-5
    16:14-18
    25:25 – 26:3
    32:3-6
    47:10-19
    49:1-3
    49:18 – 50:2
    50:6-25
    54:7-9
    71:1-11
    72:20 – 73:1
    90:12-20
    91:23 – 92:8
    92:12-17
    92:23 – 93:5
    93:17 – 94:1
    94:7-25
    108:10-22
    110:7-12
    125:3-7


**Bonnie Popp**
    4:7-8
    20:14-22
    27:17 – 28:3
    35:13-21
    37:1-8
    51:13 – 52:7
    52:14-19
    56:8-18
    56:23 – 57:1
    67:23 – 68:8
    68:18-23
    70:6-11
    80:14-24
    81:10-12

**30(b)(6) Deposition of 11/14/2018**
    21:11-24

22:22 – 23:1
24:14-18

**30(b)(6) Deposition of 04/05/2019**
56:6-8
56:24 – 57:5
57:17-25
89:10-21
90:23 – 91:1
91:6-13
91:20 – 92:14
93:10-23
95:2 – 96:23
99:6 – 101:11
101:20 – 102:9

**Lee D. Spude**
3:7-13
4:1-8
27:2 – 28:1

**Julia Stern**
4:7-9
11:19-23
17:1-10
44:24 – 46:2
77:5-17
77:24 – 79:8

**Robin Castro**
5:11-5:13
13:8-13:12
27:9-12
30:2-4
30:7-19
35:8-18
57:25 – 58:3
64:3-13
65:1-21
66:1-6
67:1-9
91:18-21
106:21-24
113:2-4
113:7 – 114:1
114:9-11

115:6-16
138:25 – 139:6
139:9 – 140:1
140:17 – 141:3
149:15 – 150:18
152:18-22
153:20 – 154:19

The EEOC reserves the right to use additional deposition designations not listed above as necessary for purposes of impeachment, rebuttal, and/or cross- examination that cannot reasonably be anticipated at this time. Additionally, if witnesses that EEOC currently expect to attend trial become unavailable for trial, EEOC respectfully reserves the right to supplement these deposition designations.

Dated: June 11, 2021.

**EQUAL EMPLOMENT OPPORTUNITY COMMISSION**

Counsel for Plaintiff

*/s/ Justin Mulaire*
Justin Mulaire
Supervisory Trial Attorney
EEOC Chicago District Office
230 S Dearborn St., Suite 2920
Chicago, IL 60604
Telephone: (312) 872-9666
Facsimile: (312) 588-1260
justin.mulaire@eeoc.gov

/s/ *Carrie Vance*
Carrie Vance
Trial Attorney

/s/ *Leslie N. Carter*
Leslie N. Carter

Trial Attorney

310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
☎ (414) 662-3686
📠 (414) 297-3146
justin.mulaire@eeoc.gov
carrie.vance@eeoc.gov
leslie.carter@eeoc.gov