# EXHIBIT F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

                Plaintiff,

   v.

**CASE NO. 1:17-CV-70**

**WAL-MART STORES EAST, LP,**

                Defendant.

**EEOC'S PROPOSED VERDICT FORM**

QUESTION NO. 1: Did Walmart violate the ADA by failing to provide Marlo Spaeth with a reasonable accommodation?

    ANSWER _____ (Yes or No)

QUESTION NO. 2: Did Walmart violate the ADA by terminating Marlo Spaeth because of her disability or because of the need to accommodate her disability?

    ANSWER _____ (Yes or No)

QUESTION NO. 3: Did Walmart violate the ADA by failing to rehire or reinstate Marlo Spaeth because of her disability or because of the need to accommodate her disability?

    ANSWER _____ (Yes or No)

*If you answered YES to either Question 1, Question 2, or Question 3, go on to answer Question 4.*

QUESTION NO. 4: What amount of money, if any, would fairly and adequately compensate Marlo Spaeth for the emotional distress caused by the ADA violation or violations?

  ANSWER: $_____

QUESTION NO. 5: Did Walmart act with malice or reckless disregard of Marlo Spaeth's rights under the ADA?

  ANSWER: _____ (Yes or No)

*If you answered YES to Question 5, go on to answer Question 6. If you answered NO to Question 5, do not answer any more questions.*

QUESTION NO. 6: What amount of money, if any, do you award as punitive damages against Walmart:

  ANSWER: $_____

  _____
  Presiding Juror

Green Bay, Wisconsin

Dated: June 11, 2021.

                        **EQUAL EMPLOMENT OPPORTUNITY COMMISSION**

                        Counsel for Plaintiff

                        */s/ Justin Mulaire*
                        Justin Mulaire
                        Supervisory Trial Attorney

                        */s/ Richard Mrizek*
                        Richard Mrizek
                        Trial Attorney


                        EEOC Chicago District Office
                        230 S Dearborn St., Suite 2920
                        Chicago, IL 60604
                        Telephone: (312) 872-9666
                        Facsimile: (312) 588-1260
                        justin.mulaire@eeoc.gov
                        richard.mrizek@eeoc.gov


                        /s/ *Carrie Vance*
                        Carrie Vance
                        Trial Attorney

                        /s/ *Leslie N. Carter*
                        Leslie N. Carter
                        Trial Attorney

                        310 West Wisconsin Avenue, Suite 500
                        Milwaukee, WI 53203-2292
                        ☏ (414) 662-3686
                        📠 (414) 297-3146
                        carrie.vance@eeoc.gov
                        leslie.carter@eeoc.gov