IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

        Plaintiff,

v.

        Case No. 17CV00070

WAL-MART STORES EAST, LP,

        Defendant.

## DECLARATION OF KARMEN R. BUSHMAN

I, Karmen R. Bushman, declare as follows:

1. I am a paralegal with the Law Firm of Conway, Olejniczak & Jerry, S.C., counsel for Defendant Wal-Mart Stores East, LP ("Wal-Mart"). I submit this declaration in support of Defendant's Response to Plaintiff's Motions in Limine.

2. Attached hereto and marked as "Exhibit A" is a true and correct copy of excerpts from the deposition of Amy Jo Stevenson taken on September 21, 2018.

3. Attached hereto and marked as "Exhibit B" is a certified copy of the Criminal Complaint and Judgment of Conviction and Sentence to the County Jail/Fine/Forfeiture for Brown County Case Number 02-CM-1799.

4. Attached hereto and marked as "Exhibit C" is a certified copy of the Criminal Complaint and Judgment of Conviction and Sentence to the County Jail/Fine/Forfeiture for Calumet County Case Number 05-CM-38.

5. Attached hereto and marked as "Exhibit D" is a Wisconsin Consolidated Court Automation Programs (CCAP) printout for Calumet County Case Number 03-FA-170.

6. Attached hereto and marked as "Exhibit E" is a Wisconsin Consolidated Court Automation Programs (CCAP) printout for Brown County Case Number 02-CM-1799 and Calumet County Case Number 05-CM-38 which was marked in the deposition of Amy Jo Stevenson as Exhibits 35 and 36 taken on September 21, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of June, 2021 at Green Bay, Wisconsin.

*Electronically signed by Karmen R. Bushman*
Karmen R. Bushman