## Page 1

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE EASTERN DISTRICT OF WISCONSIN
 3   ------------------------------------------------
 4   EQUAL EMPLOYMENT OPPORTUNITY
     COMMISSION,
 5
                  Plaintiff,
 6
         -vs-                    Case No. 1:17-CV-00070
 7
     WAL-MART STORES EAST, L.P.,
 8
                  Defendant.
 9
    ------------------------------------------------
10
11        Video Examination of AMY STEVENSON, taken
12   at the instance of the Defendant, under and pursuant to
13   the Federal Rules of Civil Procedure, before KARA D.
14   SHAWHAN, a Certified Realtime Reporter, Registered Merit
15   Reporter and Notary Public in and for the State of
16   Wisconsin, at Holiday Inn, 4601 Calumet Avenue,
17   Manitowoc, Wisconsin, on September 21, 2018, commencing
18   at 7:59 a.m. and concluding at 4:12 p.m.
```

## Page 2

```
              A P P E A R A N C E S

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, by
   MS. CARRIE VANCE,
   MS. LESLIE N. CARTER,
   310 West Wisconsin Avenue, Suite 500,
   Milwaukee, Wisconsin 53203,
   (414)297-1130,
   carrie.vance@eeoc.gov,
   appeared on behalf of the Plaintiff.

MWH LAW GROUP, LLC, by
   MR. EMERY HARLAN,
   735 North Water Street,
   Milwaukee, Wisconsin 53202,
   (414)436-0353,
   emery.harlan@mwhlawgroup.com,
   appeared on behalf of the Defendant.

              A L S O   P R E S E N T

   Ms. Marlo Spaeth;
   Ms. Barbara Barnes;
   Mr. Doug vanderHoof, Videographer.

                   * * * * *
                   I N D E X
```

Examination:                                          Page
By Mr. Harlan........................................   5
By Ms. Vance......................................... 277
By Mr. Harlan........................................ 282

Exhibits Identified:                                  Page
Exhibit 31 - Copy of Documents Ms. Stevenson
             Provided to EEOC and Were Produced to
             Mr. Harlan...............................  15
Exhibit 32 - Press Release...........................  75
Exhibit 33 - Letters of Guardianship of the Estate
             Due to Incompetency..................... 103
Exhibit 34 - Bankruptcy Petition..................... 108
Exhibit 35 - CCAP Entry Regarding Worthless Check
             Charge in Brown County.................. 113

## Page 3

Exhibit 36 - CCAP Entry For Worthless Check Charge
             in Calumet County....................... 115
Exhibit 37 - Notes of EEOC Interview of Marlo
             Spaeth.................................. 154
Exhibit 38 - EEOC Interview of Amy Stevenson......... 163
Exhibit 39 - Coaching For Improvement Policy At
             Wal-Mart................................ 206
Exhibit 40 - Wal-Mart's Discrimination &
             Harassment Prevention Policy............ 207
Exhibit 41 - Wal-Mart's Open Door Communication
             Policy.................................. 210
Exhibit 42 - Wal-Mart's Harassment Policy............ 210
Exhibit 43 - Wal-Mart's Field Attendance and
             Punctuality Policy...................... 211
Exhibit 44 - Printout From the Company's
             Attendance and Tracking System For
             Marlo For the Dates Indicated........... 213
Exhibit 45 - Complaint With DOJ...................... 223
Exhibit 46 - Notes of a Phone Conversation Between
             Ms. Stevenson and Someone At the EEOC
             on Or About May 9, 2016................. 250
Exhibit 47 - Medical Records......................... 255

                  * * * * *

Disposition Of Original Exhibit/s:
Attached To Original Transcript

                  * * * * *

## Page 4

```
 1   TRANSCRIPT OF PROCEEDINGS
 2       THE VIDEOGRAPHER: We're now on the
 3   record for a matter in the U.S. District Court,
 4   Eastern District of Wisconsin, Green Bay Division,
 5   Case No. 1:17-cv-00070, EEOC versus Wal-Mart Stores
 6   East, L.P.
 7       It's the 21st of September, 2018. It's
 8   now 7:59 Central Time. This is the video-recorded
 9   deposition of Amy Stevenson. We're in the
10   Manitowoc Holiday Inn. My name is Doug vanderHoof,
11   legal video specialist, representing -- excuse me
12   -- Lexitas.
13       For the record, would counsel please
14   introduce themselves and state who they represent.
15       MR. HARLAN: Emery Harlan on behalf of
16   Defendant Wal-Mart.
17       MS. VANCE: Attorney Carrie Vance with
18   the United States Equal Employment Opportunity
19   Commission.
20       MS. CARTER: And Attorney Leslie Carter
21   with the Equal Employment Opportunity Commission.
22       THE VIDEOGRAPHER: Thank you. Would you
23   swear the witness, please.
24       AMY STEVENSON, called as a witness
25   herein, having been first duly sworn on oath, was
```

**Page 69**

1 Q. How did you end up at Northeast Missouri State?
2 Were you coaching or something?
3 A. That's a good guess, but no. I worked for Oscar
4 Mayer and worked at a plant in Kirksville,
5 Missouri, which is where that university was
6 located.
7 Q. And was your undergrad in accounting?
8 A. Yes.
9 Q. Now, is this your first deposition you've ever
10 given?
11 A. I believe so, yes.
12 Q. You'd tend to remember that, wouldn't you?
13 A. Yeah.
14 Q. After being grilled and asked a bunch of questions,
15 you'd tend to remember?
16 A. I've been grilled and asked questions before, but
17 not in a deposition.
18 Q. Okay. And have you ever had to testify in a court
19 proceeding?
20 A. No.
21 Q. Have you ever sued anybody?
22 A. No.
23 Q. And how about have you ever had anybody file suit
24 against you?
25 A. I have.

**Page 70**

1 Q. Tell me about the cases that you've been involved
2 in.
3 A. There's one, and it was after the fire at my store
4 that I mentioned. The lady that was going to buy
5 my store opted out of buying it, started her own
6 business, and then sued me for her loss of income.
7 Q. Who represented you in that case?
8 A. The firm of Kummer, Lambert, Fox & Glandt.
9 Q. And what was the outcome of that case?
10 A. She dropped it.
11 Q. And you didn't have to pay.
12 A. No.
13 Q. And you didn't have to give a deposition?
14 A. No.
15 Q. Okay. Have you ever -- We know that you filed a
16 charge on behalf of your sister in this case. Have
17 you ever filed a charge of discrimination against
18 anybody?
19 A. I did.
20 Q. And tell me about the charges or -- the charges you
21 filed against somebody.
22 A. In 1993 I was let go while pregnant from I believe
23 it was called at the time Gold Bond-Good Humor up
24 in Green Bay. It could have been called Breyers.
25 I can't remember. There was a name change.

**Page 71**

1 Q. Anybody else?
2 A. No.
3 Q. And what was the -- Oh. Never mind. All right.
4 So how would you generally characterize your
5 financial situation at this point in time? Are you
6 living check to check, or do you feel like you have
7 sufficient financial resources to meet your needs?
8 A. I have sufficient financial resources to meet my
9 needs.
10 Q. Okay. How about any criminal convictions?
11 A. I, myself? None.
12 Q. Well, you distinguish yourself.
13 A. Just because you didn't.
14 Q. Okay. Got it. Have you faced any sort of criminal
15 charges at all?
16 A. No.
17 Q. Okay. Do you hold any -- Have you ever held any
18 licenses other than a driver's license?
19 A. A CPA license and a CDL license.
20 Q. You were a driver at one point?
21 A. Yes, sir.
22 Q. Is that how you met Derek?
23 A. I met him before that.
24 Q. And is your CPA license active now?
25 A. No.

**Page 72**

1 Q. Why is it not active?
2 A. The job I had when I got it was the motivation to
3 get the CPA. I do not -- I work for myself now,
4 and I refuse to do people's taxes, so I'd have no
5 reason to keep my CPA license.
6 Q. Okay. And have you ever faced any sort of
7 discipline with -- relative to your status as a
8 CPA?
9 A. No.
10 Q. Okay. All right. So you told me about Good Humor,
11 so I know that's in your background. Tell me about
12 other positions you've held as an adult.
13 A. I worked as an accountant for Oscar Mayer in
14 Madison right out of college.
15 Q. What years, approximately?
16 A. 1990.
17 Q. Did you leave that position voluntarily?
18 A. I then went to a plant in Missouri --
19 Q. Okay.
20 A. -- and worked there.
21 Q. Still within Oscar Mayer.
22 A. Right. Left there voluntarily and drove truck for
23 a while with my then husband.
24 Q. And where was your home base when you were driving
25 trucks?

Case 1:17-cv-00070-WCG   Filed 06/15/21   Page 2 of 2   Document 200-1