STATE OF WISCONSIN     CIRCUIT COURT     BROWN COUNTY
COMMISSIONER'S COURTROOM B

STATE OF WISCONSIN

Plaintiff,

**CRIMINAL COMPLAINT**

vs

Amy Jo Stevenson
2614 Riverhills Road
Two Rivers, WI 54241

D.O.B. [redacted]
SEX: Female

02CM1799
BR 1

Defendant.

Complainant, an Assistant District Attorney for Brown County, Wisconsin, being first duly sworn, on oath deposes and says that on June 15, 2002 at the city of Green Bay, in said County, State of Wisconsin, the defendant did:

> issue a check numbered 000, in the sum of $50.00, payable to Fleet Farm, intending at the time of issuance that said check should not be paid; ISSUANCE OF WORTHLESS CHECK - MISDEMEANOR, contrary to Section 943.24(1), Wisconsin Statutes.
>
> The offense is defined as a Class A misdemeanor; upon conviction of the offense, the defendant is subject to imprisonment of not more than 9 months and a fine of not more than $10,000.

FILED
OCT 15 2002
CLERK OF COURTS
BROWN COUNTY, WI

that the basis for the complainant's charge of such offense is:

Complainant is an Assistant District Attorney for Brown County, Wisconsin and knows of the above offense based upon information he received from:

1) Racheal Vandenlangenburg, a cashier at the Fleet Farm in the city of Green Bay, Brown County, Wisconsin, that on June 15, 2002, she received a personal check numbered 000 drawn on the account of Amy Jo Stevenson at the First National Bank, dated June 15, 2002, made payable to the order of Fleet Farm, in the amount of $50.00, and signed by Amy Jo Stevenson; and that said check was received in return for merchandise;

2) Racheal Vandenlangenburg, that the person issuing the above described check identified herself with Wisconsin Driver's License/Identification number [redacted]

3) The Wisconsin Department of Transportation, Division of Motor Vehicles, that Wisconsin Driver's License/Identification number [redacted] was issued to Amy Jo Stevenson;

4) Racheal Vandenlangenburg that the above described check was presented to the bank for payment and was returned to Fleet Farm unpaid and marked insufficient funds;

**EXHIBIT B**

D001550

Case 1:17-cv-00070-WCG    Filed 06/15/21    Page 1 of 3    Document 200-2

5) On July 8, 2002, Fleet Farm attempted to serve Amy Jo Stevenson with a five-day notice by certified mail, but the five-day notice was refused/unclaimed/attempted not known. The letter was mailed to the address given by the Amy Jo Stevenson at the time of the purchase.

Complainant believes Racheal Vandenlangenburg to be reliable because she is a citizen informant.

_____
Complainant

Subscribed and sworn to before me
and APPROVED FOR FILING
this ___ day of October, 2002.

_____
Assistant District Attorney

State vs Amy Jo Stevenson

## JUDGMENT OF CONVICTION AND SENTENCE TO THE COUNTY JAIL/FINE/FORFEITURE

Date of Birth: ▓▓▓▓▓▓▓▓

Case No.: 02CM001799

The defendant was found guilty of the following offense(s):

| Ct. | Description | Violation | Plea | Severity | Date(s) Committed | Trial To | Date(s) Convicted |
|---|---|---|---|---|---|---|---|
| 1 | County/Munipality Worthless Checks | 943.24(1) | No Contest | Forf. U | 06-15-2002 | | 11-15-2002 |

The defendant is guilty as convicted and sentenced as follows:

| Ct. | Sent. Date | Sentence | Length | Conc. with/Cons. to/Comments | Begin date | Begin time | Agency |
|---|---|---|---|---|---|---|---|
| 1 | 11-15-2002 | Forfeiture / Fine | | | | | |
| 1 | 11-15-2002 | Restitution | | | | | |

**Obligation Detail:**

| Ct. | Schedule | Amount | Days to Pay | Due Date | Failure to Pay Action | Victim |
|---|---|---|---|---|---|---|
| 1 | Local forf. - w/CC | 89.00 | 30 | 12-16-2002 | | |
| | Restitution | 60.00 | 30 | 12-16-2002 | | |

**Obligation Summary:**

| Ct. | Fine & Forfeiture | Court Costs | Attorney Fees | Restitution | Other | Mand. Victim/ Witness Sur. | 5% Rest. Surcharge | DNA Analysis Surcharge | Totals |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 10.00 | 74.00 | | 60.00 | 5.00 | | | | 149.00 |

**Total Obligations:** 149.00

It is adjudged that 0 days sentence credit are due pursuant to § 973.155 Wisconsin Statutes.

**Special Conditions:**

It is ordered that the Sheriff shall execute this sentence.

Lawrence L. Gazeley, Court Commissioner
Eric R. Enli, District Attorney
County Sheriff



I, John A. Vanderleest, Clerk of Circuit Courts certify that the copy annexed has been compared by me with the original on file and required by law to be in my custody, the name is correct transcript and true copy of the original. Witness, I have set my hand and affix the seal of the Clerk of Courts of Brown County at Green Bay, this ___ day of ___ A.D. 20__

_____ Clerk

BY THE COURT:

_Patricia ▓▓▓▓▓_
Circuit Court Judge/Clerk/Deputy Clerk

Date: 11-15-02

FILED NOV 21 2002

CLERK OF COURTS
BROWN COUNTY, WI