

July 7, 2021

**VIA ELECTRONIC COURT FILING**

Hon. William C. Griesbach
United States District Court
Eastern District of Wisconsin
Green Bay Division
125 S. Jefferson Street, Room 102
Green Bay, WI 54301

      RE:    <u>*EEOC vs. Wal-Mart Stores East, LP*</u>
                 Case No. 17CV00070

Dear Judge Griesbach,

      In preparation for our conference tomorrow relative to the parties' objections to the trial exhibits identified in the EEOC's July 1, 2021 correspondence to you, attached as group Exhibit A are the referenced exhibits for your review. Because Walmart exhibit numbers 1050 (Exhibit B) and 1052 (Exhibit C) are medical records and social security records respectively, we are requesting that access to these exhibits be restricted to the parties only pursuant to the Motion to Restrict Access to Documents being simultaneously filed herewith. Also attached as Exhibit D are the EEOC's deposition designations and Walmart's proposed counter-designations which the parties are asking the Court to address during the conference tomorrow. Because the entire transcripts are being filed for your convenience, restricted access to this Exhibit is also requested pursuant to the Motion.

                                                    Sincerely,

                                                    *s/ Emery Harlan*

                                                    Emery Harlan

735 North Water Street, Suite 610 | Milwaukee, WI | 53202
Tel: (414) 436-0353 | Fax: (414) 436-0354
www.mwhlawgroup.com

Chicago, IL
Indianapolis, IN
Des Moines, IA

Case 1:17-cv-00070-WCG   Filed 07/07/21   Page 1 of 1   Document 215