UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,**

                           Plaintiff,

                                                                  **CASE NO. 1:17-CV-70**

    v.

**WAL-MART STORES EAST, LP,**

                           Defendant.

**EEOC'S REVISED PROPOSED VERDICT FORM**

<u>**Failure to Accommodate Claim**</u>

    **Question 1**: During the period November 2014 to July 10, 2015, was Marlo Spaeth a qualified individual with a disability?

    ANSWER: Yes _____ No _____

    *If you answered "Yes" to Question 1, then go to Question 2. If you answered "No" to Question 1, go to Question 5.*

    **Question 2**: During the period November 2014 to July 10, 2015, was Walmart aware that Marlo Spaeth needed an accommodation?

    ANSWER: Yes _____ No _____

    *If you answered "Yes" to Question 2, then go to Question 3. If you answered "No" to Question 2, go to Question 5.*

**Question 3**: During the period November 2014 to July 10, 2015, would providing Marlo Spaeth an accommodation pose an undue hardship to Walmart's business?

ANSWER: Yes _____ No _____

*If you answered "Yes" to Question 3, then go to Question 5. If you answered "No" to Question 3, go to Question 4.*

**Question 4**: During the period November 2014 to July 10, 2015, did Walmart fail to provide Marlo Spaeth with a reasonable accommodation?

ANSWER: Yes _____ No _____

*Go to Question 5.*

**Termination Claim**

**Question 5**: At the time of her discharge from Walmart, was Marlo Spaeth a qualified individual with a disability?

ANSWER: Yes _____ No _____

*If you answered "Yes" to Question 5, then go to Question 6. If you answered "No" to Question 5, go to Question 7.*

**Question 6**: Did Walmart violate the Americans with Disabilities Act by terminating Marlo Spaeth because of her disability or because of the need to accommodate her disability?

ANSWER: Yes _____ No _____

*Go to question 7.*

**Failure to Rehire or Reinstate Claim**

**Question 7**: At the time Walmart was asked to rehire or reinstate Marlo Spaeth, was Ms. Spaeth a qualified individual with a disability?

ANSWER:  Yes _____        No _____

*If you answered "Yes" to Question 7, then go to Question 8.  If you answered "No" to Question 7, go to the Damages Section, below.*


**Question 8**: Did Walmart violate the Americans with Disabilities Act by failing to rehire or reinstate Marlo Spaeth because of her disability or because of the need to accommodate her disability?

ANSWER:  Yes _____        No _____

*Go to the Damages Section, below.*


**Damages Section**

*If you answered "No" to <u>all three</u> of Questions 4, 6, and 8, go to the Signature Section below and have the Presiding Juror sign and date this verdict form.*

*If you answered "Yes" <u>one or more</u> of Questions 4, 6, and 8, go to Question 9.*


**Question 9**: What sum of money will fairly and reasonably compensate Marlo Spaeth for her emotional pain and mental anguish?

ANSWER:  $_____

*Go to Question 10.*

**Question 10**: What amount, if any, do you award as punitive damages?

ANSWER:  $_____

*Go to the Signature Section below and have the Presiding Juror sign and date this verdict form.*

**SIGNATURE SECTION:**

Dated at Green Bay, Wisconsin, this \_\_\_\_ day of July, 2021.

_____
Jury Foreperson