UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. District Court
W...

JUL 1 5 2021

FILED
Clerk of Court

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

        Plaintiff,

        v.                                   Case No. 17-C-70

WAL-MART STORES EAST LP,

        Defendant.

---

## SPECIAL VERDICT

---

    We the jury, for our Special Verdict, answer the questions submitted to us as follows:

    **Question 1.** During the time of her employment with Walmart, was Marlo Spaeth a qualified person with a disability?

    ANSWER: Yes __X__        No _____

    *If you answered "Yes" to Question 1, then answer Question 2. If you answered "No" to Question 1, do not answer any other questions.*

    **Question 2.** Was Walmart aware that Marlo Spaeth needed an accommodation due to her disability?

    ANSWER: Yes __X__        No _____

    *If you answered "Yes" to Question 2, then answer Question 3. If you answered "No" to Question 2, then proceed to Question 5.*

    **Question 3.** Did Walmart fail to provide Marlo Spaeth with a reasonable accommodation?

    ANSWER: Yes __X__        No _____

    *If you answered "Yes" to Question 3, then answer Question 4. If you answered "No" to Question 3, proceed to Question 5.*

**Question 4.** Would providing Marlo Spaeth an accommodation have posed an undue hardship to Walmart's business?

ANSWER: Yes _____     No __✗__

*Continue to Question 5.*

**Question 5.** Did Walmart violate the Americans with Disabilities Act by terminating Marlo Spaeth because of her disability?

ANSWER: Yes __✗__     No _____

*Continue to Question 6.*

**Question 6.** Did Walmart violate the Americans with Disabilities Act by failing to reinstate Marlo Spaeth because of her disability?

ANSWER: Yes __✗__     No _____

*If you answered "Yes" to Question 3 and "No" to Question 4 or "Yes" to either Question 5 or 6, then answer Question 7. If you answered "No" to Questions 3, 5 and 6, then do not answer any more questions.*

**Question 7.** What sum of money will fairly and reasonably compensate Marlo Spaeth for her emotional pain and mental anguish?

ANSWER: $ 150,000

*Continue to Question 8.*

**Question 8.** What amount, if any, do you award as punitive damages?

ANSWER: $ 125,000,000
125 million

Dated at Green Bay, Wisconsin this 15 day of July, 2021.

Jennie A Fonseca Alvarado
Jury Foreperson

2