
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
**Chicago District Office**

JCK Federal Building
230 S. Dearborn, Suite 2920
Chicago, IL  60604
Website:  www.eeoc.gov

Justin Mulaire
Direct dial: 312-872-9666
justin.mulaire@eeoc.gov

July 21, 2021

The Hon. William C. Griesbach
Eastern District of Wisconsin - Green Bay
Jefferson Court Building
125 S. Jefferson Street – Room 102
Green Bay, WI 54301-4541

      **RE:**   *EEOC v. Wal-Mart Stores East, LP*
             **Case No. 1:17-cv-00070**

Dear Judge Griesbach:

      The EEOC writes to propose a briefing schedule for post-trial motions.  Following the verdict on Thursday, July 15, 2021, the EEOC suggested that its motion for equitable relief follow the same briefing schedule as Walmart's post-trial motions, whose deadline we anticipated would be triggered by the forthcoming entry of judgment.  As the Court determined on July 16, 2021, that judgment will not be formally entered until after further motion practice, the EEOC respectfully requests that a briefing schedule be set:

Post trial-motions by either party (Rule 50, 59, equitable relief):  August 27, 2021
Responses:    October 1, 2021
Replies:    October 15, 2021

      As the Court noted on July 15th, whether an evidentiary hearing is needed can be determined at a later date, if it appears based on the papers that there are disputes of fact that warrant it.

      The undersigned consulted counsel to Defendant about setting a briefing schedule. Defendant indicated that it prefers not to set a briefing schedule at this time but instead to request a status conference to revisit whether to proceed in the manner discussed on July 15th.

      Sincerely,

      s/Justin Mulaire
      U.S. Equal Employment Opportunity Commission
      230 S. Dearborn St., Ste. 2920
      Chicago, IL  60604
      312-872-9666
      justin.mulaire@eeoc.gov