*Thomas M. Olejniczak*
*Frederick L. Schmidt*
*R. George Burnett*
*Gregory A. Grobe*
*Tori L. Kluess*
*Robert M. Charles*
*Jodi Arndt Labs*
*David H. Weber*
*Ross W. Townsend*
*Kurt A. Goehre*
*James M. Ledvina*
*Steven J. Krueger*
*Robert R. Gagan*
*Matthew M. Van Nuland*
*Laura J. Beck*
*Jill J. Ray*
*Joshua M. Koch*
*John M. Calewarts*
*Bryant M. Dorsey*
*Laina P. Stuebner*
*Shane A. Anderson*



**Retired:**
*J. Michael Jerry*

*Gregory B. Conway*
*1944-2017 (Founder)*

*Telephone*: (920) 437-0476

*Facsimile*: (920) 437-2868

gb@lcojlaw.com
www.lcojlaw.com

July 21, 2021

**VIA ECF**
Honorable William C. Griesbach
U.S. District Court Eastern District
Green Bay Division
125 S. Jefferson Street
Green Bay, WI 54301

Re:   Equal Employment Opportunity Commission v. Wal-Mart Stores East LP
      Case No. 1:17-cv-00070

Dear Judge Griesbach:

We write on behalf of Wal-Mart Stores East LP to request a status conference at the court's convenience to discuss post-verdict motions and the issues of equitable relief that remain before the court.

Thank you for your attention to this matter.

Very truly yours,

**LAW FIRM OF CONWAY, OLEJNICZAK & JERRY, S.C.**

By:   *Electronically signed by George Burnett*
      George Burnett

GB:krb

cc: Counsel of Record (via ECF)
*3897972*

231 South Adams Street • Green Bay, WI 54301
P.O. Box 23200 • Green Bay, WI 54305-3200 • Fax: (920) 437-2868
www.lcojlaw.com

Case 1:17-cv-00070-WCG   Filed 07/21/21   Page 1 of 1   Document 239