# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

**WASH WORLD, INC.,**

       Plaintiff(s),

    v.       **TELEPHONE SCHEDULING CONFERENCE**
                Case No. 19-CV-1562

**BELANGER, INC., et. al.,**

       Defendant(s).

---

HONORABLE WILLIAM C. GRIESBACH presiding    Time Called: 10:15 am
Proceeding Held: July 28, 2021    Time Concluded: 10:24 am
Deputy Clerk: Lori    Tape: 072821

**Appearances:**

 **Plaintiff(s):** Sherry D. Coley and Tiffany E. Woelfel

 **Defendant(s):** Christopher Dillon and Whitney Reichel

---

This is on the calendar to address rescheduling of the jury trial.
Mr. Dillon is unable to leave Boston over the next month due to personal circumstances.
Mr. Dillon requests to reschedule for October or November.
Ms. Coley informs the Court and parties that the first week her client's and witnesses are all available is 1/24/2022.
Mr. Dillon requests an earlier date.
Ms. Coley responds.

**Jury Trial is rescheduled for 1/24/2022 at 8:30 am.** *The parties are to confirm the dates with their clients/witnesses within the next day or two and notify the Court if the date needs to be changed to 1/31/2022.*
**Telephone Final Pretrial is scheduled for 1/7/2022 at 1:30 pm. (CT)**