UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

Equal Employment Opportunity Commission,

    *Plaintiff*,

    *v.*

Walmart Stores East, LP,

    *Defendant*.

Case No. 1:17-cv-00070-WCG

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Misha Tseytlin of Troutman Pepper Hamilton Sanders, LLP hereby enters his appearance as counsel on behalf of Defendant Walmart Stores East, LP. Please serve all pleadings and other documents on Mr. Tseytlin via the Court's eFiling system or at the address below, if applicable.

Dated this 20th day of August, 2021.

    TROUTMAN PEPPER HAMILTON SANDERS, LLP

    /s/ Misha Tseytlin
    MISHA TSEYTLIN
    Wis. State Bar No. 1102199
    TROUTMAN PEPPER HAMILTON SANDERS LLP
    227 W. Monroe Street, Suite 3900
    Chicago, IL 60606
    (608) 999-1240
    (312) 759-1939 (fax)
    misha.tseytlin@troutman.com

    *Attorney for Walmart Stores East, LP*

# CERTIFICATE OF SERVICE

I hereby certify that on the 20th day of August, 2021, a true and accurate copy of the foregoing Notice of Appearance was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
Wis. State Bar No. 1102199
TROUTMAN PEPPER HAMILTON SANDERS LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com

*Attorney for Walmart Stores East, LP*