# EXHIBIT 4

# In the Matter Of:
*EEOC v.*
*Wal-Mart Stores East, L.P.*

*Barbara Barnes*
*September 25, 2018*



*Min-U-Script® with Word Index*

Page 29

1 microwaving things?
2 A. Yeah.
3 Q. And how about Marlo? Does she cook? Well, you
4 told me she makes French toast and eggs. Does she
5 cook things from scratch like you do?
6 A. Yeah. She did. She used to -- She made -- She had
7 made Hamburger Helper and that. She made hot
8 tamales and that too on the stove sometimes.
9 Q. So who did most of the cooking?
10 A. When she wasn't -- When she was working at
11 Wal-Mart, I did most of the cooking.
12 Q. Okay. Is there a reason you did most of the
13 cooking while she was working at Wal-Mart?
14 A. I was usually home before her. I was home earlier
15 than she was, so -- I usually got home at 1 -- at
16    2:00 in the afternoon, and she wouldn't get home
17 until after 5.
18 Q. And so I'm just curious why have you and Marlo
19 started to do more microwave meals as opposed to
20 cooking from scratch?
21 A. It was -- They were already -- had been already
22 heated up at that -- heated there, so making
23 microwave meals were a lot -- It was a lot quicker.
24 Q. Okay. So with respect to the activities you told
25 me about, bocce ball, bowling, going to Brewer

Page 30

1 games, shopping, are those things that Marlo would
2 do with you every time you would do them?
3 A. Yes.
4 Q. And were those things that you and Marlo were doing
5 while she was working at Wal-Mart? During the same
6 time period. Not while she was at work, but going
7 back several years, were you doing those activities
8 then?
9 A. Yeah. We did bowling and stuff. Yeah. Bowling
10 usually was done on weekends, on a Saturday. On
11 Saturday mornings we'd have bowling.
12 Q. So those -- You were doing bowling, bocce ball,
13 Brewer games while Marlo was working at Wal-Mart
14 and also after she left Wal-Mart?
15 A. Yeah.
16 Q. So you told me that unfortunately you lost your
17 position at Taco Bell. Have you sought to get
18 another job?
19 A. I tried to get another job through -- Amy tried to
20 get me a job through Wal-Mart, and they never
21 called me back.
22 Q. When was that?
23 A. I don't even know when that was.
24 Q. Well, was it this year?
25 A. No. I don't know what year it was.

Page 31

1 Q. Was it while Marlo was working there?
2 A. I think so.
3 Q. How did you -- When you say that Amy Jo tried to
4 get you a job through Wal-Mart, do you know what
5 that entailed? Did you fill out an application?
6 A. On a computer at her house.
7 Q. And this was, to the best of your recollection,
8 while Marlo was still working there?
9 A. I think this was after Marlo was off.
10 Q. She was already gone?
11 A. She was already gone, yeah.
12 Q. And so it was just Amy Jo's computer at her house.
13 A. Yes.
14 Q. And did you see the application and help her fill
15 it out?
16 A. She -- Amy helped me. She had me answer the
17 questions on it.
18 Q. Okay. And as far as you know, you submitted that
19 application on the computer to Wal-Mart?
20 A. Yes.
21 Q. Okay. And besides applying to Wal-Mart on the
22 computer, have you tried to get a job anywhere
23 else?
24 A. No.
25 Q. Is there a reason why you haven't tried to get a

Page 32

1 job somewhere else?
2 A. No.
3 Q. You know the economy is pretty good. Right? When
4 you go around Manitowoc, do you see any "Help
5 Wanted" signs?
6 A. At some places, yeah.
7 Q. Is there any particular reason that you're not
8 trying to find a job?
9 A. No. I just didn't want to work anymore.
10 Q. Do you know if Marlo tried to find a job after she
11 left Wal-Mart?
12 A. Yeah. They tried -- Marlo's sister Amy tried to
13 get her a job at Goodwill and at Piggly Wiggly, and
14 neither one of them -- Neither one of them called
15 her back.
16 Q. Is the Goodwill in Manitowoc and the Piggly Wiggly
17 in Manitowoc?
18 A. Yes.
19 Q. And how do you know Amy Jo tried to do that for
20 her?
21 A. I was along with her at the time when they talked
22 about it.
23 Q. Were you with them when they went to Piggly Wiggly
24 and Goodwill?
25 A. Yes.

Page 33

1 Q. And what do you recall?
2 A. They went in -- Marlo and Amy went in the Piggly
3 Wiggly, and I waited out in the car. They filled
4 out an application and gave it to the lady in
5 charge, and they were supposed to call Marlo back,
6 and they never did.
7 Q. And so you stayed in the car while they went
8 inside?
9 A. Yes.
10 Q. And so you didn't see them put the application in.
11 A. No.
12 Q. They told you that that's what they were doing.
13 A. Yes.
14 Q. At both Piggly Wiggly and Goodwill?
15 A. Yes.
16 Q. And do you recall how long ago this was?
17 A. No.
18 Q. Are you aware of -- Has Marlo tried to find a job
19 anywhere else?
20 A. They tried to get a job over at Holiday -- tried to
21 get us a job at Holiday House. They told us that
22 they didn't have nothing. They had no room for us
23 over there.
24 Q. And how do you know -- When you said "they," who
25 tried to get you a job at the Holiday House?

Page 34

1 A. Amy.
2 Q. Is that something she told you, or were you with
3 her when she was talking to the Holiday House
4 people?
5 A. I was with her.
6 Q. Was Marlo with her too?
7 A. Yes.
8 Q. And how long ago was that?
9 A. I don't even know when that was.
10 Q. Was it after Marlo left Wal-Mart?
11 A. Yes.
12 Q. Was it this year?
13 A. I don't know what year that was.
14 Q. Okay. Do you know if there was any paperwork
15 completed or application done?
16 A. No.
17 Q. Other than Holiday House, Piggly Wiggly and
18 Goodwill, any other place that you're aware of
19 Marlo trying to get a position?
20 A. No.
21 Q. Did you have a conversation with Marlo about
22 whether she, like you, didn't want to work anymore?
23 A. I don't even know if I mentioned that to her at
24 all.
25 Q. Did she talk to you about whether she wants to go

Page 35

1 back to work or not?
2 A. She liked it at Wal-Mart, she told me. She met a
3 lot of nice people there that she worked with.
4 Q. I guess I'm speaking about after she was no longer
5 working at Wal-Mart. Did she talk to you about
6 whether she wanted to go back to work somewhere?
7 A. No.
8 Q. So you don't really have an idea of whether she's
9 interested in working anymore.
10 A. I don't even know if she wanted to go back or not.
11 Q. Okay. So when Marlo was no longer employed at
12 Wal-Mart, did she ever talk to you about whether or
13 not there was a job opportunity at Taco Bell?
14 A. No. They wanted me to come and visit.
15 Q. You said they wanted you to come and visit?
16 A. Yeah. They said I could come and visit them if I
17 wanted to come in and -- stop in and come in and
18 say "hi" to them and visit, and I've never back
19 there since I got let go.
20 Q. Okay. So the people at Taco Bell said you could
21 come back to visit.
22 A. I could come and visit, but I just couldn't go back
23 to work there anymore.
24 Q. I think this is probably a good time to take
25 another break.

Page 36

1 THE VIDEOGRAPHER: Okay. We're going off
2 the record at 8:53.
3 (A break was taken.)
4 THE VIDEOGRAPHER: Okay. We're back on
5 the record at 8:59.
6 BY MR. HARLAN:
7 Q. So I'm going to pivot and talk about a subject that
8 might not be a pleasant one, but in order for me to
9 do my job, I have to talk to you about it. So I
10 understand that you lost your dad and you've lost
11 your mother. Correct? They passed away?
12 A. Yeah.
13 Q. And both your mother and father were people who
14 were close to Marlo?
15 MS. CARTER: I'm going to object to the
16 question to the extent that it's confusing if
17 you're talking about her biological mother or
18 Sandra Barnes, her stepmother.
19 BY MR. HARLAN:
20 Q. Okay. Well, let's start with your biological
21 parents. Did Marlo have a friendship relationship
22 with them?
23 A. My mom had a friendship with her mom.
24 Q. Okay. Did Marlo -- Obviously, Marlo knew your
25 biological mother.