# EXHIBIT 7

Case 1:17-cv-00070-WCG   Filed 10/15/21   Page 1 of 4   Document 261-7


ASK
Walmart

How much do Walmart associates make?



We are proud of the wages and benefits packages we offer our associates. Our associates enjoy some of the highest starting wages in the retail industry. Over the past five years, we raised the starting wage by more than 50 percent for our U.S. hourly associates, and the average total compensation and benefits for hourly associates exceeds $18. Additionally, our hourly associates received $730 million in quarterly bonuses in 2019.

That said, we know there is more work to be done. It's clear by our actions and those of other companies that the federal minimum wage is lagging behind – $7.25 is too low.

It's time for Congress to put a thoughtful plan in place – one that takes into account phasing and cost of living differences to avoid unintended consequences.

Simply put: We want to see our associates thrive. And we want businesses to be on a level playing field.

Learn more about how Walmart empowers its associates.

Are you satisfied with this answer?

Additional Questions

What is Walmart doing for its associates?

What is Walmart doing to promote a diverse workplace?

How do I find information about my local stores?

What if I have a question about customer support?

In which countries does Walmart operate?

## Additional Content



Walmart and Sam's Club Now Administering Booster Shots



Walmart Stands Ready To Administer Millions of COVID-19 Vaccine Booster Shots



Walmart Makes It Easy To Stay Healthy with Convenient Flu Shots, Now Available Nationwide



Walmart Provides Digital COVID-19 Vaccine Record

## Quick Answers



Working at Walmart



Store Information



Supplier Information




Case 1:17-cv-00070-WCG   Filed 10/15/21   Page 3 of 4   Document 261-7


Making a Difference


Additional FAQs



Shop Walmart.com

Shop SamsClub.com

Locate a Store



Join the Conversation



OUR STORY

INVESTORS

NEWSROOM

GLOBAL RESPONSIBILITY

© Copyright 2021