# EXHIBIT 8

| Row | Quarter | Year | A Prime rate | B Previously accrued amounts | C Interest on total at end of previous quarter | D Additional backpay accrued this quarter | E Total at end of quarter | F Hourly wage |
|---|---|---|---|---|---|---|---|---|
| 1 | Q3 | 2015 | 3.25% | n/a | n/a | $2,166.67 | $2,166.67 | $12.50 |
| 2 | Q4 | 2015 | 3.29% | $2,166.67 | $17.82 | $2,600.00 | $4,784.49 | $12.50 |
| 3 | Q1 | 2016 | 3.50% | $4,784.49 | $41.86 | $2,600.00 | $7,426.35 | $12.50 |
| 4 | Q2 | 2016 | 3.50% | $7,426.35 | $64.98 | $2,600.00 | $10,091.33 | $12.50 |
| 5 | Q3 | 2016 | 3.50% | $10,091.33 | $88.30 | $2,730.39 | $12,910.02 | $13.13 |
| 6 | Q4 | 2016 | 3.55% | $12,910.02 | $114.47 | $2,730.39 | $15,754.87 | $13.13 |
| 7 | Q1 | 2017 | 3.79% | $15,754.87 | $149.41 | $2,730.39 | $18,634.66 | $13.13 |
| 8 | Q2 | 2017 | 4.04% | $18,634.66 | $188.37 | $2,730.39 | $21,553.42 | $13.13 |
| 9 | Q3 | 2017 | 4.25% | $21,553.42 | $229.01 | $2,867.31 | $24,649.73 | $13.79 |
| 10 | Q4 | 2017 | 4.30% | $24,649.73 | $264.98 | $2,867.31 | $27,782.02 | $13.79 |
| 11 | Q1 | 2018 | 4.53% | $27,782.02 | $314.40 | $2,867.31 | $30,963.73 | $13.79 |
| 12 | Q2 | 2018 | 4.80% | $30,963.73 | $371.31 | $2,867.31 | $34,202.35 | $13.79 |
| 13 | Q3 | 2018 | 5.01% | $34,202.35 | $428.38 | $3,011.10 | $37,641.83 | $14.48 |
| 14 | Q4 | 2018 | 5.28% | $37,641.83 | $497.19 | $3,011.10 | $41,150.12 | $14.48 |
| 15 | Q1 | 2019 | 5.50% | $41,150.12 | $565.81 | $3,011.10 | $44,727.03 | $14.48 |
| 16 | Q2 | 2019 | 5.50% | $44,727.03 | $615.00 | $3,011.10 | $48,353.13 | $14.48 |
| 17 | Q3 | 2019 | 5.30% | $48,353.13 | $640.68 | $3,162.10 | $52,155.91 | $15.20 |
| 18 | Q4 | 2019 | 4.83% | $52,155.91 | $629.78 | $3,162.10 | $55,947.79 | $15.20 |
| 19 | Q1 | 2020 | 4.43% | $55,947.79 | $619.16 | $3,162.10 | $59,729.05 | $15.20 |
| 20 | Q2 | 2020 | 3.25% | $59,729.05 | $485.30 | $3,162.10 | $63,376.45 | $15.20 |
| 21 | Q3 | 2020 | 3.25% | $63,376.45 | $514.93 | $3,320.67 | $67,212.05 | $15.96 |
| 22 | Q4 | 2020 | 3.25% | $67,212.05 | $546.10 | $3,320.67 | $71,078.83 | $15.96 |
| 23 | Q1 | 2021 | 3.25% | $71,078.83 | $577.52 | $3,320.67 | $74,977.01 | $15.96 |
| 24 | Q2 | 2021 | 3.25% | $74,977.01 | $609.19 | $3,320.67 | $78,906.88 | $15.96 |
| 25 | Q3 | 2021 | *3.25%* | $78,906.88 | $641.12 | $3,487.20 | $83,035.20 | $16.77 |
| 26 | Q4 | 2021 | *3.25%* | $83,035.20 | $674.66 | $3,487.20 | $87,197.06 | $16.77 |
| | | | | | INTEREST | BACKPAY | | |
| | | | | TOTALS | $9,889.72 | $77,307.34 | | |