IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | )<br>)<br>) |
| Plaintiff, | ) Civil No. 1:17-cv-0070<br>)<br>) |
| v. | )<br>) |
| WAL-MART STORES EAST, L.P., | )<br>) |
| Defendant. | )<br>) |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Richard J. Mrizek, an attorney of record in this matter for Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC"), respectfully withdraws as counsel because, effective January 24, 2022. Attorney Richard J. Mrizek will be leaving the Agency as of February 1, 2022. Plaintiff will continue to be represented by Regional Attorney Gregory Gochanour, Supervisory Trial Attorney, Justin Mulaire, and Trial Attorneys Carrie Vance and Leslie Carter.

January 31, 2022

                                                          s/ Richard J. Mrizek
                                                          Richard J. Mrizek
                                                          Trial Attorney
                                                          U.S. Equal Employment
                                                          Opportunity Commission
                                                          230 S. Dearborn St. Ste. 2930
                                                          Chicago, IL 60604
                                                          312-872-9724
                                                          richard.mrizek@eeoc.gov