# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

Equal Employment Opportunity Commission,

    *Plaintiff*,

    v.

    Case No. 1:17-cv-00070-WCG

Wal-Mart Stores East, LP,

    *Defendant*.

## SECOND DECLARATION OF MISHA TSEYTLIN

I, Misha Tseytlin, declare as follows

1.     I am an adult resident of the State of Illinois, and I am counsel for Defendant Wal-Mart Stores East, LP ("Walmart"), in the above-captioned case.

## TAX-COMPONENT AWARD CALCULATIONS

2.     If Ms. Spaeth were to receive a $50,736.43 backpay-plus-prejudgment-interest award, as the parties have now stipulated, and her $150,000 compensatory damages award were added to that amount, the resulting sum would be $200,736.43. If Ms. Spaeth were to receive that amount in a single year, the personal income taxes on that amount would be $45,062.66 for a taxpayer filing as a single individual, using the Internal Revenue Service's ("IRS") 2021 Tax And Earned Income Credit Tables attached as Exhibit 1 (specifically, using the "Section A" table at the top of page 15).[*] In order to offset that $45,062.66 tax liability, such that Ms. Spaeth would receive $200,736.43 after taxes, Ms. Spaeth would have to receive a tax-component award of $68,926.16.

---

[*] Also available at https://www.irs.gov/pub/irs-pdf/i1040tt.pdf.

3. That $68,926.16 tax-component amount is calculated as follows, using the single filing status table found at page 15 the IRS 2021 Tax And Earned Income Credit Tables, attached as Exhibit 1: multiply $269,662.59 by 35% (0.35) to yield a value of $94,381.91, and then subtract $25,455.75 from that amount to yield a value of $68,926.16.  So, according to these IRS tables, receiving $269,662.59 of income creates a tax liability of $68,926.16; and $269,662.59 minus $68,926.16 yields a value of $200,736.43—the value of the backpay-plus-interest award that the parties have now stipulated to, together with the compensatory damages award.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 8th day of March, 2022

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com