UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

**EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**

    Plaintiff,

vs.

**CASE NO. 17-CV-00070**

**WAL-MART STORES EAST, LP,**

    Defendant.

## STIPULATION

Plaintiff U.S. Equal Employment Opportunity Commission and Defendant Wal-Mart Stores East, LP hereby stipulate:

1. When computed in a manner consistent with the Court's February 22, 2022 Order ("February 22 Order") (ECF No. 266), lost wages for Ms. Spaeth through the end of February 2022 is $44,757.80.

2. When lost wages are computed in a manner consistent with the February 22 Order, prejudgment interest through the end of February 2022 is $5,978.63.

3. The sum of $44,757.80 in lost wages and $5,978.63 in prejudgment interest is $50,736.43 in backpay with interest.

4. The chart attached as **Exhibit 1** to this Stipulation sets forth the computation of backpay and prejudgment interest in a manner consistent with the February 22 Order.

Respectfully submitted, March 8, 2022.

**FOR PLAINTIFF EQUAL EMPLOYMENT OPPORTUNITY COMMISSION:**

/s/ *Leslie N. Carter*
Leslie N. Carter
Trial Attorney

/s/ *Carrie Vance*
Carrie Vance
Trial Attorney

310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
☎ (414) 662-3686
📠 (414) 297-3146
leslie.carter@eeoc.gov
carrie.vance@eeoc.gov

*/s/ Justin Mulaire*
Justin Mulaire
Supervisory Trial Attorney

230 S. Dearborn Street, Suite 2920
Chicago, IL 60604
☎ (312) 872-9724
justin.mulaire@eeoc.gov

**FOR DEFENDANT WAL-MART STORES EAST, LP.:**

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com