# EXHIBIT 2

**Tax Component Award on Updated Backpay and Compensatory Damages**

**Monetary relief and taxes prior to tax component award**

| | | A | B | C | D | E |
|---|---|---|---|---|---|---|
| | | Total | Backpay | Interest | Compensatory Damages | Punitive Damages |
| 1 | Monetary relief | $350,736 | $44,758 | $5,979 | $150,000 | $150,000 |
| 2 | Tax | $97,302 | $12,417 | $1,659 | $41,613 | $41,613 |
| 3 | Tax rate (A2 divided by A1) | 27.742% | | | | |
| 4 | Preliminary after tax amount (subtract A2 from A1) | $253,434 | | | | |
| 5 | | | | | | |
| 6 | **Tax component award for backpay** | | | | | |
| 7 | | | | | | |
| 8 | Preliminary after tax amount (A4) plus taxes on backpay (B2) | $265,851 | | | | |
| 9 | Grossed-up total that is $265,851 after tax | $369,839 | | | | |
| 10 | Tax | $103,988 | | | | |
| 11 | After tax (subtract A10 from A9) | $265,851 | | | | |
| 12 | Tax component award for backpay | $19,103 | <------------(difference between A1 and A9) | | | |
| 13 | | | | | | |
| 14 | **Tax component award for compensatory damages** | | | | | |
| 15 | | | | | | |
| 16 | Preliminary after tax amount (A4) plus taxes on compensatory damages (D2) | $295,048 | | | | |
| 17 | Grossed-up total that is $295,048 after tax | $414,757 | | | | |
| 18 | Tax | $119,709 | | | | |
| 19 | After tax (subtract A18 from A17) | $295,048 | | | | |
| 20 | Tax component award for compensatory damages | $64,020 | <------------(difference between A1 and A17) | | | |
| 21 | | | | | | |
| 22 | **Total tax component award for backpay and compensatory damages** | **$83,123** | | | | |