# United States District Court
EASTERN DISTRICT OF WISCONSIN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

        Plaintiff,

    v.

WAL-MART STORES EAST LP,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 17-C-70

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒    **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of Plaintiff Equal Employment Opportunity Commission and against Walmart Stores East LP, awarding Marlo Spaeth $150,000.00 in compensatory damages, $150,000.00 in punitive damages, $44,757.80 in backpay, $5,978.63 in prejudgment interest, and $68,926.16 for tax consequences, for a total award in the amount of $419,662.59.

    **IT IS FURTHER ORDERED** that Walmart must reinstate Marlo Spaeth as a Walmart employee at a rate of pay of $14.90 per hour. Walmart shall also consult with Marlo Spaeth's guardian regarding any need for discipline or accommodations while she continues her employment.

    Approved: s/ William C. Griesbach
                WILLIAM C. GRIESBACH
                United States District Judge

Dated: March 22, 2022

                GINA M. COLLETTI
                Clerk of Court

                s/ Lori Hanson
                (By) Deputy Clerk