**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**GREEN BAY DIVISION**

---

**EQUAL EMPLOYMENT OPPORTUNITY**
**COMMISSION,**

Plaintiff,

                                **CASE NO. 1:17-CV-70**

**vs.**

**WAL-MART STORES EAST, LP,**

Defendant.

---

### JOINT CIVIL L.R. 7(H) EXPEDITED NON-DISPOSITIVE MOTION TO SET SCHEDULING ORDER

---

Plaintiff Equal Employment Opportunity Commission ("EEOC") jointly with Defendant Wal-Mart Stores East, LP ("Walmart") respectfully move this Court, pursuant to Civil L.R. 7(h), for an order setting the following schedule for post-trial motions and submission of the bill of costs:

1. April 19, 2022: deadline for motions under Federal Rules of Civil Procedure 50 and 59.

2. May 19, 2022: deadline for response to motions under Rules 50 and 59

3. June 9, 2022: deadline for reply to motions under Rules 50 and 59

4. Bill of costs to be filed within 14 days after entry of the order resolving motions under Rules 50 and 59 (or, in the event no such motions are filed, on or before May 3, 2022).

The proposed schedule will not prejudice the parties and will not result in substantial delay.

Respectfully submitted this 24th day of March 2022.

                                **EQUAL EMPLOYMENT OPPORTUNITY**

Case 1:17-cv-00070-WCG   Filed 03/24/22   Page 1 of 2   Document 275

**COMMISSION**

Counsel for Plaintiff

/s/ *Leslie N. Carter*
Leslie N. Carter
Trial Attorney

/s/ *Carrie Vance*
Carrie Vance
Trial Attorney

310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
☎ (414) 662-3711
leslie.carter@eeoc.gov
carrie.vance@eeoc.gov

*/s/ Justin Mulaire*
Justin Mulaire
Supervisory Trial Attorney

230 S. Dearborn Street, Suite 2920
Chicago, IL 60604
☎ (312) 872-9724
justin.mulaire@eeoc.gov

**TROUTMAN PEPPER**

**Counsel for Defendant**

/s/ *Misha Tseytlin*

MISHA TSEYTLIN
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com