UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

Equal Employment Opportunity Commission,

    *Plaintiff*,

    v.

Wal-Mart Stores East, LP,

    *Defendant*.

Case No. 1:17-cv-00070-WCG

---

## DEFENDANT WAL-MART STORES EAST, LP'S RENEWED MOTION FOR JUDGMENT AS A MATTER OF LAW UNDER RULE 50, AND MOTION FOR A NEW TRIAL UNDER RULE 59 AND TO REMIT DAMAGES

Defendant Wal-Mart Stores East, LP ("Walmart"), pursuant to Federal Rules of Civil Procedure 50 and 59 and this Court's inherent authority, hereby submits this Renewed Motion For Judgment As A Matter Of Law Under Rule 50, And Motion For A New Trial And To Alter The Judgment Under Rule 59 And Remit Damages ("Motion"). Walmart sets forth the grounds for this Motion in its Memorandum In Support Of Renewed Motion For Judgment As A Matter Of Law Under Rule 50, And Motion For A New Trial Under Rule 59 And To Remit Damages, which it has filed contemporaneously with this Motion. For the reasons set forth in that supporting memorandum, Walmart respectfully requests that this Court grant its Motion.

Dated, April 19, 2022

                                                Respectfully submitted,

| | |
|---|---|
| GEORGE BURNETT | /s/Misha Tseytlin |
| CONWAY, OLEJNICZAK & JERRY, S.C. | MISHA TSEYTLIN |
| 231 South Adams Street | TROUTMAN PEPPER |
| Green Bay, WI 54301 | HAMILTON SANDERS LLP |
| (920) 437-0476 | 227 W. Monroe Street, Suite 3900 |
| (920) 437-2868 (fax) | Chicago, IL 60606 |
| gb@lcojlaw.com | (608) 999-1240 |
| | (312) 759-1939 (fax) |
| | misha.tseytlin@troutman.com |

*Counsel for Wal-Mart Stores East, LP*

## CERTIFICATE OF SERVICE

I hereby certify that on the 19th day of April 2022, a true and accurate copy of the foregoing was served via the Court's CM/ECF system upon all counsel of record.

/s/ Misha Tseytlin
MISHA TSEYTLIN
TROUTMAN PEPPER
HAMILTON SANDERS LLP
227 W. Monroe Street
Suite 3900
Chicago, IL 60606
(608) 999-1240
(312) 759-1939 (fax)
misha.tseytlin@troutman.com