IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Action No.: 1:17-cv-00070 |
| v. | ) ) ) |
| WAL-MART STORES EAST, L.P., | ) ) |
| Defendant. | ) ) ) |

## DECLARATION OF CARRIE VANCE

I, Carrie Vance, declare as follows:

1. I am an attorney at the Equal Employment Opportunity Commission and an adult resident of the State of Wisconsin. I am one of the attorneys of record for Plaintiff, EEOC, and I make this Declaration based upon my personal knowledge.

2. Attached as **Exhibit 1** to my Declaration and in accordance with Civil Local Rule 7(j)(2) are true and correct copies of the following unreported cases cited in Plaintiff's contemporaneously filed Response to Walmart's Motions Pursuant to Rule 50 and 59:

   • *Martyne v. Parkside Med. Servs.*, No. 97 C 8295, 2000 WL 748096, at *7-8 (N.D. Ill. June 8, 2000);

   • *Tomao v. Abbott Laboratories, Inc.*, No. 04 C 3470, 2007 WL 2225905 (N.D. Ill. July 31, 2007);

   • *Blue v. International Brotherhood of Electrical Workers 159*, No. 09 cv 395, 2011 WL 13359246 (W.D. WI February 3, 2011).

1

Submitted this 19th day of May 2022.

                                                              *s/ Carrie Vance*

                                                              Carrie Vance
310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292

☎ (414) 662-3686
carrie.vance@eeoc.gov

2

Case 1:17-cv-00070-WCG   Filed 05/19/22   Page 2 of 2   Document 280