Troutman Pepper Hamilton Sanders LLP
227 W. Monroe Street, Suite 3900
Chicago, IL 60606

troutman.com



**Misha Tseytlin**
misha.tseytlin@troutman.com


**VIA ECF**

Decemeber 6, 2022

Office Of The Clerk, Eastern District Wisconsin
Green Bay Divisional Office
Jefferson Court Building
125 S. Jefferson St. – Room 102
Green Bay, WI 54301-4541

**Re:** *EEOC v. Wal-Mart Stores East, LP*, **No. 1:17-cv-70-WCG**

Dear Clerk:

Per the Clerk's letter regarding Plaintiff's proposed Bill Of Costs in the above-captioned case, Dkt.285, Defendant Wal-Mart Stores East, LP states that it does not object to Plaintiff's proposed Bill Of Costs.


Sincerely,

*/s/ Misha Tseytlin*
Misha Tseytlin


CC:   All Counsel Of Record (via ECF)