UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) |
| Plaintiff, | ) ) Civil Action: 1:17-cv-00070-WCG |
| v. | ) ) ) |
| WAL-MART STORES EAST, L.P. | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF EEOC'S NOTICE OF CROSS APPEAL**

Pursuant to Federal Rules of Appellate Procedure 3(a)(1), 3(c)(1), 4(a)(1)(B)(ii), 4(a)(4)(A)(i), 4(a)(4)(A)(iv), and 4(a)(4)(A)(v), notice is hereby given that the U.S. Equal Employment Opportunity Commission ("EEOC"), plaintiff in the above-named case, appeals to the United States Court of Appeals for the Seventh Circuit from the judgment entered on March 22, 2022 (ECF No. 274). This notice of appeal is timely because on November 7, 2022, the district court denied Walmart's post-trial motions under Rule 50 and 59 of the Federal Rules of Civil Procedure (ECF No. 283).

Dated: January 5, 2023.

                                                Respectfully submitted,

                                                Gregory Gochanour
                                                Regional Attorney
                                                Equal Employment Opportunity Commission
                                                Chicago District Office
                                                230 South Dearborn Street, Suite 2920
                                                Chicago, IL 60604
                                                (312) 872-9724
                                                gregory.gochanour@eeoc.gov

                                                <u>/s/ *Carrie Vance*</u>
                                                Carrie Vance
                                                Sr. Trial Attorney
                                                Equal Employment Opportunity Commission
                                                Milwaukee Area Office
                                                310 West Wisconsin Avenue, Suite 500
                                                Milwaukee, WI 53203-2292

1

(414) 662-3686
carrie.vance@eeoc.gov

Leslie N. Carter
Sr. Trial Attorney
Equal Employment Opportunity Commission
Milwaukee Area Office
310 West Wisconsin Avenue, Suite 500
Milwaukee, WI 53203-2292
(414) 662-3711
leslie.carter@eeoc.gov